HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00234-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| v. | ) ) | |
| BRUCE ANTHONY GARCIA, | ) ) | Date: October 3, 2023 Time: 2:00 p.m. |
| Defendant. | ) ) | Chief Judge: Hon. Carolyn K. Delaney |

    IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Dhruv Sharma, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Bruce Anthony Garcia, that the detention hearing currently scheduled for October 3, 2023, at 2:00 p.m., be continued to October 4, 2023, at 2:00 p.m.

    The continuance is sought by the defense as it needs additional time to investigate what medical resources would be needed if Defendant were to be considered for release. Accordingly, the parties submit that good cause is established pursuant to 18 U.S.C. § 3142 (f) to allow for defense to complete its investigation.

    Time for Speedy Trial Act purposes was previously excluded by the Court pursuant to Local Code T4 between the dates of September 21, 2023, and November 30, 2023. (*See* ECF No. 7). Accordingly, no further time exclusion is necessary.

DATED: October 2, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for MALEEK CARTER-REA

DATED: October 2, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that good cause is established for the requested continuance.

It is thus ordered that the October 3, 2023 detention hearing shall be continued until October 4, 2023, at 2:00 p.m.

Dated: October 2, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE