HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00234-TLN |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE |
| v. | ) ) | TIME |
| BRUCE ANTHONY GARCIA, | ) ) | Date: November 30, 2023 |
| Defendant. | ) ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff,

Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers,

attorneys for Brue Anthony Garcia, that the status conference scheduled for November 30, 2023,

at 9:00 a.m., be vacated and the matter continued to February 1, 2024, at 9:30 a.m.

Defense counsel requests additional time to review contraband evidence in this matter

and to discuss the protected evidence with his client.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should

be excluded from the date of this stipulation through and including February 1, 2024, pursuant to

18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Stipulation and Order                                    -1-

1    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

2    Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4

5    DATED: November 22, 2023

        Respectfully submitted,

6
        HEATHER E. WILLIAMS
7       Federal Defender

8       */s/ Douglas J. Beevers*
        DOUGLAS J. BEEVERS
9       Assistant Federal Defender
        Attorney for BRUCE ANTHONY GARCIA
10

11   DATED: November 22, 2023         PHILLIP A. TALBERT
                                       United States Attorney
12
                                       */s/ Dhruv M. Sharma*
13                                     DHRUV M. SHARMA
                                       Assistant United States Attorney
14                                     Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                        -2-

1

## <u>O R D E R</u>

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

4  order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice served by granting the requested continuance

7  and to exclude time under the Speedy Trial Act outweigh the best interests of the public and

8  defendants in a speedy trial.

9      It is ordered that the November 30, 2023 status conference shall be continued until

10 February 1, 2024, at 9:30 a.m. Time under the Speedy Trial Act is excluded from the date of this

11 stipulation through and including February 1, 2024.

12

13 DATED:  November  27, 2023

14

15                                        Troy L. Nunley
                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28