HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00234-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE AND EXCLUDE |
| v. | ) | TIME |
| | ) | |
| BRUCE ANTHONY GARCIA, | ) | Date: February 1, 2024 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Brue Anthony Garcia, that the status conference scheduled for February 1, 2024, at 9:30 a.m., be vacated and the matter continued to April 11, 2024, at 9:30 a.m.

Defense counsel requests additional time to review evidence in this matter, including contraband evidence that has been made available at a designated location, and to discuss protected discovery with his client.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation through and including April 11, 2024, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1        Counsel and the defendant also agree that the ends of justice served by the Court granting

2   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

4   Trial Act dictate that additional time periods are excludable from the period within which a trial

5   must commence.

6

7   DATED: January 29, 2024

                                Respectfully submitted,

8
                                HEATHER E. WILLIAMS
9                               Federal Defender

10                              */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS
11                              Assistant Federal Defender
                                Attorney for BRUCE ANTHONY GARCIA
12

13  DATED: January 29, 2024     PHILLIP A. TALBERT
                                United States Attorney
14
                                */s/ Dhruv M. Sharma*
15                              DHRUV M. SHARMA
                                Assistant United States Attorney
16                              Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its

4 order. The Court specifically finds the failure to grant a continuance in this case would deny

5 counsel reasonable time necessary for effective preparation, taking into account the exercise of

6 due diligence.  The Court finds the ends of justice served by granting the requested continuance

7 and to exclude time under the Speedy Trial Act outweigh the best interests of the public and

8 defendants in a speedy trial.

9       It is ordered that the February 1, 2024 status conference shall be continued until April 11,

10 2024, at 9:30 a.m. Time under the Speedy Trial Act is excluded from the date of this stipulation

11 through and including April 11, 2024.

12

13 DATED:  January 29, 2024

14                        Troy L. Nunley
                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28