HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00234-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| BRUCE ANTHONY GARCIA, | ) ) | Date: April 11, 2024 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Brue Anthony Garcia, that the status conference scheduled for April 11, 2024, at 9:30 a.m., be vacated and the matter continued to May 23, 2024, at 9:30 a.m. Defense counsel requests additional time to review evidence in this matter, including contraband evidence that has been made available at a designated location, and to discuss protected discovery with his client.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from the date of this stipulation through and including May 23, 2024, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: April 9, 2024

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Douglas J. Beevers*
                                          DOUGLAS J. BEEVERS
                                          Assistant Federal Defender
                                          Attorney for BRUCE ANTHONY GARCIA

DATED: April 9, 2024                   PHILLIP A. TALBERT
                                          United States Attorney

                                          */s/ Dhruv M. Sharma*
                                          DHRUV M. SHARMA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance and to exclude time under the Speedy Trial Act outweigh the best interests of the public and defendants in a speedy trial.

It is ordered that the April 11, 2024 status conference shall be continued until May 23, 2024, at 9:30 a.m. Time under the Speedy Trial Act is excluded from the date of this stipulation through and including May 23, 2024.

DATED:  April  9, 2024

_____
Troy L. Nunley
United States District Judge