HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00234-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| BRUCE ANTHONY GARCIA, | Date: May 23, 2024 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Bruce Anthony Garcia, that the status conference scheduled for May 23, 2024, at 9:30 a.m., be reset for a Change of Plea hearing on June 13, 2024, at 9:30 a.m.

   Based upon the foregoing, the parties agree that time under the Speedy Trial Act should be excluded from May 23, 2024, through and including June 13, 2024, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

   Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: May 28, 2024

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for BRUCE ANTHONY GARCIA

DATED: May 28, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Dhruv M. Sharma*
DHRUV M. SHARMA
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and to exclude time under the Speedy Trial Act outweigh the best interests of the public and defendants in a speedy trial.

It is ordered that the May 23, 2024 status conference shall be reset as a Change of Plea hearing on June 13, 2024, at 9:30 a.m. Time under the Speedy Trial Act is excluded from May 23, 2024, through and including June 13, 2024.

DATED: May 28, 2024

_____
Troy L. Nunley
United States District Judge