HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00234-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| BRUCE ANTHONY GARCIA, | Date: January 23, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Brue Anthony Garcia, that the restitution hearing currently scheduled for January 23, 2025, at 9:30 a.m., be vacated and the matter continued to February 20, 2025, at 9:30 a.m.

Defense counsel requests the additional time to tend to an urgent family matter in Boston which will require him to stay there for over two weeks.  Defense counsel further requests additional time in order to review restitution evidence. The parties believe a continuance to February 20, 2025, will permit defense counsel the additional time necessary.  The Government and US Probation do not object to the continuance.

//
//

Stipulation and Order                                -1-

1  DATED: January 16, 2025
2                                     Respectfully submitted,

3                                     HEATHER E. WILLIAMS
                                    Federal Defender

4

5                                     */s/ Douglas J. Beevers*
                                    DOUGLAS J. BEEVERS
6                                     Assistant Federal Defender
                                    Attorney for BRUCE ANTHONY GARCIA
7

8  DATED: January 16, 2025          MICHELE BECKWITH
                                    Acting United States Attorney

9                                     */s/ Dhruv M. Sharma*
                                    DHRUV M. SHARMA
10                                    Assistant United States Attorney
                                   Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the January 23, 2025 status conference shall be continued until February 20, 2025, at 9:30 a.m.

DATED: January 17, 2025

_____
Troy L. Nunley
Chief United States District Judge