HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
BRUCE ANTHONY GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00234-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| BRUCE ANTHONY GARCIA, | Date: February 20, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Dhruv M. Sharma, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Brue Anthony Garcia, that the restitution hearing currently scheduled for February 20, 2025, at 9:30 a.m., be vacated and the matter continued to April 3, 2025, at 9:30 a.m.

Defense counsel requests the continuance as the defense did not receive the restitution requests until today and needs time to evaluate the claims. Defense has been able to verify $39,000 of claims but needs time to verify the additional expert evidence. The parties believe a continuance to April 3, 2025, will permit defense counsel the additional time necessary. The Government and US Probation do not object to the continuance.

//
//

Stipulation and Order                    -1-

1  DATED: February 18, 2025
2                      Respectfully submitted,
3                      HEATHER E. WILLIAMS
                    Federal Defender
4
5                      */s/ Douglas J. Beevers*
                    DOUGLAS J. BEEVERS
6                      Assistant Federal Defender
                    Attorney for BRUCE ANTHONY GARCIA
7
   DATED: January 18, 2025        MICHELE BECKWITH
8                      Acting United States Attorney
9                      */s/ Dhruv M. Sharma*
                    DHRUV M. SHARMA
10                     Assistant United States Attorney
                    Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the February 20, 2025 status conference shall be continued until **April 3, 2025, at 9:30 a.m.**

Dated: February 19, 2025

_____
Troy L. Nunley
Chief United States District Judge