MICHELE BECKWITH
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE ANTHONY GARCIA,<br><br>Defendant. | CASE NO. 2:23-CR-00234 TLN<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING; ORDER<br><br>DATE: April 17, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on April 17, 2025.

2. By this stipulation, the parties now move to continue the restitution hearing until May 22, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel requests the continuance in order to obtain more information regarding restitution amounts sought by victims and to discuss the possible resolution of the claims.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 14, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ DHRUV M. SHARMA<br>DHRUV M. SHARMA<br>Assistant United States Attorney |
| Dated:  April 14, 2025 | /s/ DOUGLAS BEEVERS (as authorized on 4/14/2025)<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>BRUCE ANTHONY GARCIA |

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of April, 2025.

_____
Troy L. Nunley
Chief United States District Judge