MICHELE BECKWITH
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>BRUCE ANTHONY GARCIA,<br><br>              Defendant. | CASE NO. 2:23-CR-00234 TLN<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING; ORDER<br><br>DATE: May 22, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on May 22, 2025.

2. By this stipulation, the parties now move to continue the restitution hearing until July 3, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defense counsel requests the continuance in order to discuss the possible resolution of victims' claims. The parties believe they have reached an agreement on restitution amounts, and defense counsel requests additional time to formalize and obtain defendant's authority to enter the agreement. The parties anticipate being able to resolve this hearing via stipulation.

IT IS SO STIPULATED.

Dated: May 14, 2025             MICHELE BECKWITH
Acting United States Attorney

/s/ DHRUV M. SHARMA
DHRUV M. SHARMA
Assistant United States Attorney

Dated: May 14, 2025             /s/ DOUGLAS BEEVERS (as authorized on May 13, 2025)
DOUGLAS BEEVERS
Counsel for Defendant
BRUCE ANTHONY GARCIA

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge