MICHELE BECKWITH
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00234 TLN |
| Plaintiff, | STIPULATION RE: RESTITUTION; ORDER |
| v. | DATE: July 3, 2025 |
| BRUCE ANTHONY GARCIA, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Bruce Anthony GARCIA, by and through his counsel of record, hereby stipulate as follows:

1. On June 13, 2024, GARCIA pled guilty to one count of Attempted Sexual Exploitation of a Minor in violation of 18 U.S.C. §§ 2251(a) and (e). (*See* ECF Nos. 27, 30). In his plea agreement, GARCIA agreed that the conduct to which he pled guilty is covered by 18 U.S.C. § 2259 and requires him to pay mandatory restitution to his victims. (*See* ECF No. 30). He also agreed to pay restitution to any of his minor victims, for the entire scope of his criminal conduct. (*Id*.)

2. On November 21, 2024, GARCIA was sentenced by this Court to a term of imprisonment of 235 months, with restitution to be determined at a later hearing for which GARCIA waived his appearance. (*See* ECF No. 42). The Court issued a Judgment and Commitment that same day. (*See* ECF No. 43).

STIPULATION AND ORDER RE: RESTITUTION                          1

3. The government has received several restitution requests from victims of GARCIA's conduct. These requests, along with supporting documentation, are filed on the docket at ECF Nos. 48 and 49.

4. By this stipulation, the parties agree that a restitution order is appropriate under 18 U.S.C. § 2259(a) and that restitution should be ordered in the following amounts to the following victims:

| Victim | In Care Of | Amount |
| --- | --- | --- |
| "Maureen" | Deborah A. Bianco | $6,500.00 |
| "Pia" | Deborah A. Bianco | $5,250.00 |
| "Ava" | Deborah A. Bianco | $4,000.00 |
| "Julie" | Restore the Child | $5,000.00 |
| "Ivy" | Restore the Child | $5,000.00 |
| "Jessica" | Marsh Law Firm | $6,500.00 |
| "Jenny" | Marsh Law Firm | $6,500.00 |
| "Jane" | Marsh Law Firm | $6,500.00 |
| "Ali" | Moore & Van Allen | $5,000.00 |
| "Lily" | Carol T. Hepburn | $6,500.00 |
| "Sarah" | Carol T. Hepburn | $6,500.00 |
| "Sloane" | Carol T. Hepburn | $6,500.00 |
| "SV" | Jones Day | $3,000.00 |
| "Maria" | Carol T. Hepburn | $5,250.00 |
| | **Total** | **$78,000.00** |

5. The parties stipulate to and request that the Court issue an amended judgment: (i) reflecting the total amount of restitution owed of $78,000 on Sheet 5, in the section entitled "Criminal Monetary Penalties;" and (ii) include the victims identified above, listing their individual restitution amounts owed, on Sheet 5B.

6. By previous order, this matter was set for a restitution hearing on July 3, 2025. By this

STIPULATION AND ORDER RE: RESTITUTION

2

stipulation, the parties agree and request that the Court vacate this restitution hearing.

IT IS SO STIPULATED.

Dated:  June 23, 2025                                MICHELE BECKWITH
                                                               Acting United States Attorney

                                                               /s/ DHRUV M. SHARMA
                                                               DHRUV M. SHARMA
                                                               Assistant United States Attorney

Dated:  June 23, 2025                                /s/ DOUGLAS BEEVERS (as
                                                               authorized on June 23, 2025)
                                                               DOUGLAS BEEVERS
                                                                Counsel for Defendant
                                                                BRUCE ANTHONY GARCIA

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation and orders restitution in the amount of $78,000 as set forth above. An amended judgment shall issue. The July 3, 2025, restitution hearing set in this matter is vacated.

IT IS SO FOUND AND ORDERED this 23rd day of June, 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE